U.S. Department of Justice  Criminal Docket
Washington, D.C.
1/13/2020/rp

McALLEN Division        CR. No. M-20-595

                        MICAELA ALVAREZ
**SEALED INDICTMENT** Filed: March 10, 2020   Judge: _____
County: Hidalgo
Lions #: **2020R00686**            Attorneys:
UNITED STATES OF AMERICA           RYAN K. PATRICK, UNITED STATES ATTORNEY

v.                                 AMY L. GREENBAUM, ASST. U.S. ATTORNEY

AMBER ESTRADA--WARRANT--           Ct. 1

Charge(s):   Ct. 1:   Bribery: Public Official Accepting a Bribe
                      Title 18, United States Code, Sections 201(b)(2)(C) and Title 18, United States Code, Sections 2

Total Counts
**(1)**

Penalty:    Ct. 1:   Imprisonment for not more than 15 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency:     Office of Inspector General - Rose Medina - 2019-003409

Date                           Proceedings